# N THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **QUAWEE MCQUEEN,** : | |
| Petitioner : | |
| : | No. 1:22-cv-00832 |
| v. : | |
| : | (Judge Rambo) |
| **WARDEN J. SAGE,** : | |
| Respondent : | |

## ORDER

**AND NOW**, on this 30th day of November 2023, upon consideration of pro se Petitioner Quawee McQueen ("Petitioner")'s petition for a writ of habeas corpus filed pursuant to the provisions of 28 U.S.C. § 2241 (Doc. No. 1), and for the reasons set forth in the accompanying Memorandum, **IT IS ORDERED THAT**:

1. The petition (Doc. No. 1) is **DISMISSED WITHOUT PREJUDICE as moot**; and

2. The Clerk of Court is directed to **CLOSE** this case.

s/ Sylvia H. Rambo
SYLVIA H. RAMBO
United States District Judge